David R. King
dking@herrick.com
**HERRICK, FEINSTEIN LLP**
One Gateway Center
Newark, New Jersey  07102
Tel.:   973.274.2000
Fax:   973.274.2500
Attorneys for USI International Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

------------------------------------------x
USI International Inc.,

                Plaintiff,

vs.

Festo Didactic Inc.,

                Defendant.
------------------------------------------x

Civil Action No. _____

**CORPORATE DISCLOSURE FORM**

The undersigned counsel for Plaintiff USI International, Inc. certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated:   Newark, New Jersey
            December 3, 2015

                HERRICK, FEINSTEIN LLP
                *Attorneys for USI International Inc.*

                By:____s/ David R. King_____
                      David R. King
                One Gateway Center
                Newark, New Jersey  07102
                Telephone:   973.274.2000
                Facsimile:    973.274.2500
                dking@herrick.com