Michael J. Shavel, Esquire.
HILL WALLACK, LLP
21 Roszel Road
Princeton, New Jersey 08540
Telephone: 609/924-0808
Facsimile: 609/452-1888
mshavel@hillwallack.com
Local Counsel for Defendant Festo Didactic Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| USI INTERNATIONAL INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>FESTO DIDACTIC INC.,<br><br>                    Defendant. | Case No.: 3:15-CV-08451-MAS-TJB |

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE
REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**

Application is hereby made for a Clerk's Order extending time which FESTO DIDACTIC INC. may answer, move or otherwise reply to the Complaint filed by Plaintiff herein, and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on December 7, 2015; and
3. Time to Answer, Move or otherwise Reply expires on December 28, 2015.

Dated: December 22 , 2015         By:  /s/ Michael J. Shavel
                                                    Michael J. Shavel
                                                    Hill Wallack LLP
                                                    21 Roszel Road
                                                    Princeton, New Jersey 08540
                                                    Telephone: 609/924-0808
                                                    Facsimile: 609/452-1888

## **ORDER**

The above application is ORDERED GRANTED extended to _____.

ORDERED DATE _____

                                          WILLIAM T. WALSH, CLERK

                                          By: _____
                                                  Deputy Clerk