Michael J. Shavel, Esquire.
HILL WALLACK, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Phone (215) 579-7700
Fax (215)579-9248
mshavel@hillwallack.com
Counsel for Defendant Festo Didactic Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| USI INTERNATIONAL INC.<br><br>Plaintiff,<br><br>vs.<br><br>FESTO DIDACTIC INC.,<br><br>Defendant. | CIVIL ACTION NO.: 3:15-CV-08451-MAS-TJB<br><br>CERTIFICATION OF GREGORY F. HAUSER, ESQUIRE, IN SUPPORT OF MOTION TO ADMIT GREGORY F. HAUSER, ESQUIRE, *PRO HAC VICE* IN THIS MATTER |

Gregory F. Hauser, Esq. being duly sworn according to law, and in support of Motion for Admission *pro hac vice* submitted on my behalf, states as follows:

1. I am a partner of Wuersch & Gering LLP, 100 Wall Street, 21st Floor, New York, New York 10005, retained to represent Defendant in the above-captioned matter currently pending in the United States District Court for the District of New Jersey.

2. I am an attorney at law and a member in good standing of the Bar of the State of New York, having been admitted to practice in New York on February 8, 1982. I am also a member of the bar in good standing of the United States District Court for the Southern District of New York, admitted in May 1983, and the Eastern District of New York, admitted in June

Page 1

1983. I was admitted to practice in the United States Court of Appeals for the Second Circuit in July 1985. I have also been admitted to practice in several other federal district courts and courts of appeals.

3. I remain in good standing in all courts where I have been permanently admitted. I have never been suspended from the practice of law in any jurisdiction, nor have I been disciplined or censured by any disciplinary authority of any bar in which I have been admitted to practice. I have never been accused of commiting an ethical violation.

4. I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Rules of this Court, and agree to be bound by both sets of rules for the duration of this case for which *pro hac vice* admission is sought.

5. I further agree, pursuant to Local Rule 101.1(c)(2), to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). Additionally, I will comply with the requirements of Local Civil Rule 101(c)(3) by making payment of $150.00 to the Clerk of the Court for my admission *pro hac vice*.

6. If granted *pro hac vice* admission, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission, Michael J. Shavel, as to the status of this matter for which *pro hac vice* admission has been granted and all material developments therein.

7. I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Festo Didactic, Inc., in this matter. I have represented the Festo group of companies here in the United States for years, and am familiar with the underlying facts and circumstances of this lawsuit.

8. Defendant has specifically requested that I continue to act as counsel in this matter.

9. As long time counsel to Defendant and its affiliates, I am familiar with the company, its business practices, personnel, and the facts of this matter as set forth in the Complaint.

I affirm under penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

_____
Gregory F. Hauser

Dated: December 23, 2015