Michael J. Shavel, Esquire.
HILL WALLACK, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Phone (215) 579-7700
Fax (215)579-9248
mshavel@hillwallack.com
Counsel for Defendant Festo Didactic Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| USI INTERNATIONAL INC.<br><br>Plaintiff,<br><br>vs.<br><br>FESTO DIDACTIC INC.,<br><br>Defendant. | CIVIL ACTION NO.: 3:15-CV-08451-MAS-TJB<br><br>NOTICE OF MOTION |

TO:    Counsel of Record

**PLEASE TAKE NOTICE** that on February 1, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, Festo Didactic Inc. shall apply before the United States District Court for an Order pursuant to Local Rule 101.1(c) granting Gregory F. Hauser, Esquire, *pro hac vice* admission in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** the movant shall reply upon the annexed certifications of Gregory F. Hauser and Michael J. Shavel, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

By: /s/ Michael J. Shavel
    Michael J. Shavel
    Hill Wallack, LLP
    777 Township Line Road, Suite 250
    Yardley, PA 19067
    (215)579-7700
    Fax (215)340-0400

Dated: January 6, 2016

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

## MOTION FOR PRO HAC ADMISSION

is to be electronically filed. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

January 6, 2016                                    /s/Michael J. Shavel
Date                                               Michael J. Shavel