Michael J. Shavel, Esquire.
HILL WALLACK, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Phone (215) 579-7700
Fax (215)579-9248
mshavel@hillwallack.com
Counsel for Defendant Festo Didactic Inc.

RECEIVED
JAN 21 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| USI INTERNATIONAL INC. <br><br> Plaintiff, <br><br> vs. <br><br> FESTO DIDACTIC INC., <br><br> Defendant. | CIVIL ACTION NO.: 3:15-CV-08451-MAS-TJB |

## ORDER ADMITTING GREGORY F. HAUSER *PRO HAC VICE*

This matter having come before the Court on the application of Hill Wallack, LLP ("Applicant"), local counsel to the Defendant, Festo Didactic Inc., for the *pro hac vice* admission of Gregory F. Hauser ("Counsel"), pursuant to Local Civ.R.101.1; and the Court have considered the Certifications in support of the application, which reflect that Cousel satisfies the requirements set forth in Local Civ.R.101.1(c)(1); and there being no opposition to this application; and for good cause shown,

IT IS ON THIS ____21____ day of January _____, 2016.

ORDERED that the application for the *pro hac vice* admission of Gregory F. Hauser is granted;

Page 1

IT IS FURTHER ORDERED that Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that Counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service or process may be made for all actions against Counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that the Applicant shall (a) be attorneys of record in this case in accordance with Local Civil R.101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this court; (d) appear at all proceedings (unless waived by the Court); and (e) be responsible for the conduct of the cause and Counsel in this matter;

IT IS FURTHER ORDERED that counsel shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2 for each year in which Counsel represents the client in this matter;

IT IS FURTHER ORDERED that Counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local R.101.1(3)(c); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines, set forth herein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceddings shall occur because of the participation of Counsel or his inability to be in attendance at proceedings.

Ordered: Counsel is to submit a supplemental certification of Gregory Hauser, Esq. disclosing the name and address of the person or office maintaining the roll of attorneys of the bars to which he is admitted, within 10 days of this order.

_____
TONIANNE J. BONGIOVANNI, U.S.M.J

Page 2

[DE 6 Terminated]