Michael J. Shavel, Esquire.
HILL WALLACK, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Phone (215) 579-7700
Fax (215)579-9248
mshavel@hillwallack.com
Counsel for Defendant Festo Didactic Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| USI INTERNATIONAL INC.<br><br>Plaintiff,<br><br>vs.<br><br>FESTO DIDACTIC INC.,<br><br>Defendant. | CIVIL ACTION NO.: 3:15-CV-08451-MAS-TJB<br><br>**CERTIFICATION OF GREGORY F. HAUSER, ESQUIRE, IN FURTHER SUPPORT OF MOTION TO ADMIT GREGORY F. HAUSER, ESQUIRE,** *PRO HAC VICE* **IN THIS MATTER** |

Gregory F. Hauser, Esq., in further support of the Motion for Admission *pro hac vice* submitted on my behalf, declares as follows:

1.   Pursuant to the Court's order of January 21, 2016, the person or office maintaining the roles of attorneys of the bars where I am permanently admitted are as follows:

Page 1

Courts of the State of New York

Appellate Division First Judicial Department
41 Madison Avenue, 26th Floor
New York, NY 10010
Attn: Attorney Records

Supreme Court of the United States

Clerk, Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

United States Court of Appeals for the Federal Circuit

717 Madison Place, N.W.
Washington D.C. 20439


United States Court of Appeals for the Second Circuit

Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Attn: Attorney Admissions


United States Court of Appeals for the Fifth Circuit

F. Edward Hebert Building
600 S. Maestri Place, Room 200
New Orleans, LA 70130
Attn: Saundra Fairchild

United States Court of Appeals for the Seventh Circuit

Clerk's Office
U.S. Court of Appeals
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

United States District Court for the Southern District of New York

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 240
New York, NY 10007-1312

United States District Court for the Eastern District of New York

Clerk's Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States District Court for the Eastern District of Wisconsin

Clerk's Office
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

United States District Court for the Eastern District of Michigan

Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226

United States District Court for the Northern District of California

United States District Court
450 Golden Gate Avenue, 16 Floor
San Francisco, CA 94102-3489
Attn: Attorney Admissions

United States District Court for the Northern District of New York

James T. Foley Courthouse, Suite 509
445 Broadway
Albany, NY 12207

United States District Court for the Northern District of Illinois

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

United States District Court for the District of Connecticut

Abraham A. Ribicoff
Federal Building
450 Main Street
Hartford, CT 06103
Attn: Clerk's Office

United States Tax Court

400 Second Street, NW
Washington, DC 20217

I affirm under penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

_____
Gregory F. Hauser

Dated: January 26, 2016