Elena T. McDermott, Esq.
emcdermott@herrick.com
**HERRICK, FEINSTEIN LLP**
One Gateway Center
Newark, New Jersey  07102
Tel.:   973.274.2000
Fax:   973.274.2500
Attorneys for USI International Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI International Inc., | |
| Plaintiff, | |
| vs. | Civil Action No.  3:15-CV-08451 |
| Festo Didactic Inc., | **CONSENT ORDER** |
| Defendant. | |

THIS MATTER having been brought before the Court by Herrick, Feinstein LLP, counsel for Plaintiff USI International, Inc. ("USI"), with the consent of defendant, for an order admitting Alan D. Kaplan, Esq. for the law firm of Herrick, Feinstein, LLP to appear and participate, *pro hac vice*, as counsel for USI in this action pursuant to Local Civil Rule 101.1; and the Court having received and considered the Certification of Alan D. Kaplan, Esq., dated September 20, 2017, and the Certification of Elena T. McDermott, Esq., dated September 20, 2017; and for good cause shown

IT IS on this ___20th___ day of ___September___, 2017,

ORDERED that Alan D. Kaplan be, and hereby is, admitted to the bar of this Court, *pro hac vice*, as counsel for USI; and it is further

ORDERED that Alan D. Kaplan shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court; and it is further

ORDERED that Alan D. Kaplan is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service or process may be made for all actions against Alan D. Kaplan that may arise from his participation in this matter; and it is further

ORDERED that Alan D. Kaplan shall make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by Local Civil Rule 101.1 and New Jersey Court Rule 1:28-2(a), for any year in which he continues to represent a client in a matter pending before this Court; and it is further

ORDERED that Alan D. Kaplan shall make a payment of one hundred and fifty dollars ($150.00) to the clerk of the Court, as provided by Local Civil Rule 101.1; and it is further

ORDERED that all terms of the Orders entered in this case, including all deadlines, set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceedings shall occur because of the participation of Alan D. Kaplan or his inability to be in attendance at proceedings; and it is further

ORDERED that Herrick, Feinstein LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter; and it is further

ORDERED that a copy of this Order shall be forwarded by the Clerk to the Treasurer of the New Jersey Lawyers' Fund for Client Protection.

_____
TONIANNE J. BONGIOVANNI, U.S.M.J.

The undersigned counsel for all parties consent to the entry of this Order. Facsimile signatures to this Stipulation shall be deemed originals.

Dated: September 20, 2017

HERRICK, FEINSTEIN LLP

By:/s Elena T. McDermott
Elena T. McDermott, Esq.
One Gateway Center
Newark, New Jersey 07102
Tel: 973-274-2000
Fax: 973-274-6404
emcdermott@herrick.com
*Attorneys for Plaintiff USI International, Inc.*

WUERSCH & GERING

By:/s Gregory F. Hauser
Gregory F. Hauser, Esq.
100 Wall Street, 10th Fl.
New York, NY 10005
Tel: 212-509-5050
Fax: 212-509-9559
gregory.hauser@wg-law.com
*Attorneys for Defendants Festo Didactic, Inc.*