

Elena T. McDermott
Phone: 973.274.2054
Fax: 973.274.6402
emcdermott@herrick.com

October 20, 2017

<u>VIA ECF</u>

Hon. Tonianne J. Bongiovanni, U.S.M.J
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   USI International Inc. v. Festo Didactic Inc.
      <u>3:15-CV-08451-MAS-TJB</u>

Dear Judge Bongiovanni:

This firm represents plaintiff USI International Inc. ("USI") in the above-referenced matter. We write to update the Court on the status of the amendment to the Complaint discussed at the status conference on September 20, 2017.

We have provided our proposed amendment to counsel for defendant Festo Didactic Inc., Mr. Gregory Hauser. Mr. Hauser objects to the new factual theory presented in the proposed amendment and the addition of a fraud claim. Mr. Hauser further reserves all rights to respond further to any arguments offered by USI in support of the amendment.

Please advise as to whether USI should proceed with a formal motion to amend.

Thank you for your attention to and consideration of this matter.

Respectfully submitted,

/s Elena T. McDermott

Elena T. McDermott


cc:   All Counsel of Record (via ECF)