AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| USI International Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-8451 |
| Festo Didactic Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

USI International Inc.

Date: 11/07/2017

s/Elena T. McDermott
*Attorney's signature*

Elena T. McDermott
*Printed name and bar number*

Herrick, Feinstein LLP
One Gateway Center
Newark, NJ 07102
*Address*

emcdermott@herrick.com
*E-mail address*

(973) 274-2054
*Telephone number*

(973) 274-6402
*FAX number*