AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| USI International Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-8451 |
| Festo Didactic | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

USI International Inc.

Date:   01/17/2018

s/Leah Kelman
*Attorney's signature*

Leah Kelman
*Printed name and bar number*
Herrick, Feinstein LLP
One Gateway Center
Newark, NJ 07102

*Address*

lkelman@herrick.com
*E-mail address*

(973) 274-2000
*Telephone number*

(973) 274-2500
*FAX number*