David L. Cook, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel. (973) 643-7000
Fax (973) 643-6500
dcook@sillscummis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI International Inc., <br><br> Plaintiff, <br><br> v. <br><br> Festo Didactic Inc., <br><br> Defendant. | Civil Action No.: 3:15-cv-08451 (MAS)(TJB) <br><br> **SUBSTITUTION OF COUNSEL** |

The undersigned hereby consent to the substitution of Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, as counsel for plaintiff USI International Inc. in the above-captioned matter, and respectfully request that all future case notices and filings be directed accordingly.

| HERRICK, FEINSTEIN LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| Alan D. Kaplan <br> akaplan@herrick.com | David L. Cook <br> dcook@sillscummis.com |
| One Gateway Center <br> Newark, NJ 07102 <br> *Withdrawing Counsel* | One Riverfront Plaza <br> Newark, NJ 07102 <br> *Incoming Counsel* |
| Dated: February 8, 2018 | Dated: February 8, 2018 |