UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>FESTO DIDACTIC INC.,<br><br>Defendant. | Civil Action No. 15-8451 (MAS)<br><br><br>ORDER |

This matter having been opened to the Court upon Plaintiff USI International Inc.'s ("Plaintiff") motion to File a First Amended Complaint (Docket Entry No. 24); and Defendant Festo Didactic, Inc. ("Defendant") having opposed Plaintiff's motion (Docket Entry No. 28); and the Court having fully reviewed all arguments made in support of and in opposition to Plaintiff's motion; and the Court having considered Plaintiff's motion without oral argument pursuant to L.Civ.R. 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum Opinion; and for good cause shown;

IT IS on this 12th day of June, 2018,

ORDERED that Plaintiff's motion to File a First Amended Complaint is GRANTED; and it is further

ORDERED that Plaintiff shall file the Amended Complaint no later than **June 22, 2018**; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 24] accordingly.

s/ Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**