**KROVATIN KLINGEMAN LLC**
Henry E. Klingeman, Esq.
Helen A. Nau, Esq.
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendant Festo Didactic Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI INTERNATIONAL INC.<br><br>v.<br><br>FESTO DIDACTIC INC. | 3:15-cv-08451 (MAS) (TJB)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Krovatin Klingeman LLC as attorneys for *Defendant Festo Didactic Inc.* in this action, and respectfully request that all future case notices and filings be directed accordingly.

(Superseding Attorneys)                                          (Withdrawing Attorneys)
**KROVATIN KLINGEMAN LLC**                          **HILL WALLACK, LLP**
                                                                                    777 Township Line Road, Suite 250
                                                                                    Yardley, PA 19067

By:    /s/ Henry E. Klingeman                              By:    /s/ Michael J. Shavel
           Henry E. Klingeman                                             Michael J. Shavel, Esq.


(*Pro Hac Vice* Attorneys)
**WUERSCH & GERING LLP**
100 Wall Street, 10th Fl.
New York, NY 10005

By:    /s/ Gregory F. Hauser
           Gregory F. Hauser

Dated:  August 16, 2018