AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| USI INTERNATIONAL INC. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:15-cv-08451-MAS-TJB |
| FESTO DIDACTIC INC. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FESTO DIDACTIC INC.

Date:    08/16/2018

s/ Helen A. Nau
*Attorney's signature*

Helen A. Nau/ Attorney No. 030181993
*Printed name and bar number*

Krovatin Klingeman LLC
60 Park Place
Suite 1100
Newark, NJ 07102
*Address*

hnau@krovatin.com
*E-mail address*

(973) 424-9777
*Telephone number*

(973) 424-9779
*FAX number*