UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI INTERNATIONAL INC.,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>FESTO DIDACTIC INC.,<br><br>　　　　　　　　Defendant. | Civil Action No.: 3:15-cv-08451 (MAS)(TJB)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR THE ISSUANCE OF A LETTER ROGATORY TO PERMIT THE DEPOSITION OF JEREMY DUGGAN |

Having considered the papers submitted by the parties and good cause appearing, the Court GRANTS Plaintiff's Unopposed Motion for the Issuance of a Letter Rogatory to Permit the Deposition of Jeremy Duggan.

**So Ordered.**

_____
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**