Jeffrey W. Lorell
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-3693
jlorell@saiber.com

Erika Levin
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
erika.levin@lbkmlaw.com

*Attorneys for Plaintiff*
*USI International Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FESTO DIDACTIC INC., <br><br> Defendant. | Civil Action No. 3:15-CV-08451-MAS-TJB <br><br> **CERTIFICATE OF SERVICE** |

ROBERT B. NUSSBAUM hereby certifies as follows:

1. I am attorney at law of the State of New Jersey and Counsel to the firm of Saiber LLC, co-counsel with Lewis Baach Kaufman Middlemiss, PLLC for plaintiff USI International, Inc. ("USI"). In that capacity, I have personal knowledge of the facts set forth herein. I make this Certification in support of USI's motion pursuant to Federal Rule of Civil Procedure 15(a) for leave to file a Second Amended Complaint.

2. I hereby certify that on December 10, 2019 USI's Reply Brief in further support of its Motion for leave to file a Second Amended Complaint and supporting Certification of Erika

Levin (filed under seal) were electronically filed with the Court, and served on counsel for defendant Festo Didactic Inc. by the ECF filing system as follows:

>Gregory F. Hauser, Esq.
>Wuersch & Gering LLP
>100 Wall Street, 10th Floor
>New York, NY 10005
>Attorneys for Defendant
>Festo Didactic Inc.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Robert B. Nussbaum*
ROBERT B. NUSSBAUM

DATED: December 12, 2019