SILLS CUMMIS & GROSS P.C.
David L. Cook, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Tel. (973) 643-7000
Fax (973) 643-6500
dcook@sillscummis.com
*Attorneys for Petitioner, Pro Se*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI International Inc.,<br><br>                    Plaintiff,<br><br>       v.<br><br>Festo Didactic Inc.,<br><br>                    Defendant. | Civil Action No.: 3:15-cv-08451 (MAS)(TJB)<br><br>**ORDER GRANTING PETITION FOR ATTORNEYS' FEE LIEN PURSUANT TO N.J.S.A. 2A:13-5** |

This matter having come before the Court on the petition of Sills Cummis & Gross P.C. ("Sills" or "Petitioner"), former counsel to plaintiff USI International, Inc. ("USI"), for the an attorneys' fee charging lien for fees incurred during its representation of USI in this litigation; and the Court having considered the submissions of the parties in relation to this petition, which reflect that counsel satisfies the requirements set forth in N.J.S.A. 2A:13-5; and for good cause shown,

**IT IS ON THIS** _____ **day of December, 2019**

**ORDERED** that Sills' petition for an attorneys' fee charging lien pursuant to N.J.S.A. 2A:13-5 is **GRANTED** in in favor of Sills up to the amount of $147,076.38 ("Fee Lien"), plus interest, late fees, and attorneys' fees and costs of collection; and it is further

**ORDERED** that Sills' entitlement to be paid from the lien shall be determined by subsequent arbitration proceeding(s) before JAMS; and it is further

**ORDERED** that, in the event of a judgment, award or settlement in this litigation pursuant to which USI receives the benefit of any proceeds, the parties and their counsel shall deposit the Fee Lien amount from such proceeds into the Court's trust account and/or hold the Fee Lien amount in escrow in USI's counsel's trust account pending a final determination of Sills' attorneys' fee lien and further Order of this Court; and it is further

**ORDERED** that counsel to the parties shall notify Sills Cummis & Gross, PC in writing within two business days of the entry of any judgment, award or settlement in this litigation and shall confirm that the Fee Lien escrow deposit will be made to the applicable Court or attorney trust account.

_____
**HON. TONIANNE J. BONGIOVANNI, U.S.M.J.**