David L. Cook, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel. (973) 643-7000
Fax (973) 643-6500
dcook@sillscummis.com
*Attorneys for Petitioner, Pro Se*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI International Inc., <br><br> Plaintiff, <br><br> v. <br><br> Festo Didactic Inc., <br><br> Defendant. | Civil Action No.: 3:15-cv-08451 (MAS)(TJB) <br><br><br> **DECLARATION OF SERVICE** |

DAVID L. COOK, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in licensed in the State of New Jersey and a Member of Sills Cummis & Gross P.C. ("Sills").

2. On the date set forth below, I caused Sills' Verified Petition For An Attorneys' Fee Lien Pursuant To N.J.S.A. 2A:13-5, with exhibits, and proposed Order Granting Attorneys' Fee Lien to be filed electronically with the United States District Court for the District of New Jersey, and served electronically through the ECF system on all counsel of record.

3. In addition, on the same date, I caused a copy of this Verified Petition to be served by registered mail upon plaintiff USI International Inc. at 19 West 34th Street, Suite 1018, New York, NY 10001.

4. In addition, on the same date, I caused a copy of this Verified Petition and proposed order to be served by registered mail upon Plaintiff USI International Inc. at 60 Market Square, P.O. Box 364, Belize City, Belize.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  Newark, New Jersey
        December 13, 2019

_____
David L. Cook