Riza I. Dagli, Esq.
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Ph.: (973) 403-3103
Fax: (973) 618-5503
rdagli@bracheichler.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI INTERNATIONAL INC., | Civil Action No. 3:15-CV-08451-MAS-TJB |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| FESTO DIDACTIC INC., | |
| Defendant. | |

The undersigned hereby consent to the substitution of Brach Eichler, LLC as attorneys for the Plaintiff, USI International Inc., in the above-captioned matter and respectfully request that all future case notices and filings be directed accordingly.

BRACH EICHLER, LLC
(Superseding Attorneys)
101 Eisenhower Parkway
Roseland, NJ 07068
rdagli@bracheichler.com

*/s/ Riza I. Dagli*

Riza I. Dagli, Esq.
Dated: 1/31/2020

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
(Withdrawing Attorneys)
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174

*/s/ Erika Levin*

Erika Levin, Esq.
Dated: 1/31/20