# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**David L. Cook**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5695**
**Email: dcook@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

January 31, 2020

**<u>Via E-Filing</u>**

Honorable Tonianne Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   Request to Appear at Teleconference
>        *USI International, Inc. v. Festo Didactic Inc.,* No. 3:15-cv-08451

Dear Judge Bongiovanni:

I formerly represented Plaintiff in this action and am writing to request permission to appear at the case status teleconference currently scheduled for February 4, 2020 at noon. The purpose of my appearance would be limited to issues concerning my pending application relating to my Firm's attorneys' fee lien, which was filed on December 13, 2019. Pursuant to my call to chambers, I contacted both counsel in this case on January 29, 2020 to seek their consent to my appearance, after which I was requested to update Your Honor prior to your decision on this request. Defense counsel, Mr. Hauser, informed me today that he does not object to my participation. I have not received a response yet from Plaintiff's counsel. Accordingly, I respectfully request permission to appear telephonically at the status conference on February 4, 2020 for the limited purpose of addressing any issues relating to the pending fee petition.

Respectfully submitted,

David L. Cook
*Fee Petition Applicant and*
*Former Counsel to Plaintiff*