Riza I. Dagli
Direct Dial: 973-403-3103
Direct Fax: 973-618-5503
E-mail: rdagli@bracheichler.com

February 4, 2020

**VIA ECF**

Hon. Tonianne Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: USI International, Inc. v. Festo Didactic, Inc.
    Civil Action No.: 3:15-cv-08451-MAS-TJB
    Our File No.: YAH002-277741
    Objection to Appearance of Mr. Cook at Conference

Dear Judge Bongiovanni:

  This law firm represents Plaintiff USI International, Inc. ("Plaintiff") in the above-captioned matter. Pursuant to the joint letter and request of the Plaintiff and Defendant Festo Didactic, Inc. ("Defendant", collectively with Plaintiff, "Parties"), the Parties have a telephone conference with Your Honor today at noon to discuss discovery and scheduling for summary judgment motions.

  On January 31, 2020, David Cook, Esq., Plaintiff's prior counsel, wrote to the Court requesting Your Honor's permission to partake in the phone conference today to discuss his pending attorney fee lien application. Plaintiff adamantly objects to Mr. Cook's appearance at the conference today as the issue he wishes to address is separate and apart from the issues that are to be addressed today. Further, the issue Mr. Cook wishes to address is between only Mr. Cook and Plaintiff and does not, and should not, involve Defendant or Defendant's counsel. Plaintiff respectfully requests that Your Honor deny Mr. Cook's request to join the telephone conference.

  Thank you for your time and attention to this matter.

              Respectfully submitted,

              */s/ Riza I. Dagli*
              Riza I. Dagli, Esq.

RID:amm
cc: Autumn M. McCourt, Esq. (Via E-mail)
   USI International, Inc. (Via E-mail)

BE:10843395.1/YAH002-277741