# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**                                                                            **February 16, 2020**
**OFFICE**                                                                              **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                                **CV-15-8451 (MAS)**

USI INTERNATIONAL, INC.,
     V.
FESTO DIDACTIC,

**APPEARANCES:**

Riza Dagli, Esq., & Autumn McCourt, Esq., for Plaintiff
Gregory Hauser, Esq., for defendant

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery.
The parties are to report back to the Court electronically to **tjb_orders@njd.uscourts.gov** no later than 2/14/2020, with a written status update regarding discovery issues.

TIME COMMENCED:     12:03pm
TIME ADJOURNED:     12:23pm                         s/ Mark Morelli
TOTAL TIME: 20 MINUTES                              Deputy Clerk