# BRACH | EICHLER LLC

Autumn M. McCourt
Direct Dial: 973-403-3104
Direct Fax: 973-618-5931
E-mail: amccourt@bracheichler.com

June 8, 2020

**VIA ECF**

Hon. Tonianne Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    USI International, Inc. v. Festo Didactic, Inc.
               Civil Action No.: 3:15-cv-08451-MAS-TJB
               Our File No.: YAH002-277741
               <u>Request for Adjournment of Oral Argument on Motion for Leave to Amend</u>

Dear Judge Bongiovanni:

      This law firm represents Plaintiff USI International, Inc. ("Plaintiff") in the above-captioned matter. As you are aware, oral argument on Plaintiff's Motion for Leave to Amend is scheduled before Your Honor tomorrow at 2 pm. The Parties are still working out the ESI/document production issues regarding Defendant's document production. Plaintiff respectfully requests an adjournment of the oral argument as Plaintiff would like a chance to resolve the ESI issues with Defendant and review the documents Defendant is to produce before the oral argument on Plaintiff's Motion for Leave to Amend.

      Thank you for your time and attention to this matter.

                                          Respectfully submitted,

                                          */s/ Autumn M McCourt*
                                          Autumn M. McCourt

AMM:sm
cc:    Riza I. Dagli, Esq. (Via E-mail)
        USI International, Inc. (Via E-mail)
        Gregory Hauser, Esq. (Via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:11075269.1/YAH002-277741