**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

June 9, 2020

## LETTER ORDER

Re:    **USI International Inc. v. Festo Didactic Inc.**
       **Civil Action No. 15-8451 (MAS)**

Dear Counsel:

As the parties are aware, a Motion to Amend the Complaint is pending before the Court in this matter. (Docket Entry No. 62). The Court scheduled a hearing for June 9, 2020 to address the motion. (*See* Text Min. Entry for 5/6/2020). On June 8, 2020, the parties requested additional time to review discovery and requested to adjourn the hearing. (Docket Entry No. 87). The Court grants this request. The parties are to submit a status update in this matter by **June 30, 2020**. The motion is hereby administratively terminated pending further submission.

   **IT IS SO ORDERED.**

   **The Clerk of the Court is directed to administratively terminate Docket Entry No. 62.**

       s/ Tonianne J. Bongiovanni
       **TONIANNE J. BONGIOVANNI**
       **United States Magistrate Judge**