Riza I. Dagli, Esq.
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Ph.: (973) 403-3103
Fax: (973) 618-5503
rdagli@bracheichler.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| USI INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> FESTO DIDACTIC INC., <br><br> Defendant. | Civil Action No. 3:15-CV-08451-MAS-TJB <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

THIS MATTER having been opened to the Court by Brach Eichler, LLC, attorneys for plaintiff USI International, Inc. ("USI"), on notice to Wuersch & Gering LLP, attorneys for defendant Festo Didactic Inc., for entry of an Order granting USI leave to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a); and the Court having considered the papers in support of the motion, any opposition thereto and the arguments of counsel; and for good cause shown:

IT IS on this _____ day of November, 2020;

**ORDERED,** that USI's motion be and the same hereby is granted; and it is further

**ORDERED** that USI shall file and serve its Second Amended Complaint within _____ days of the date of this Order.

_____
Hon. Tonianne J. Bongiovanni United States Magistrate Judge