Riza I. Dagli, Esq.
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Ph.: (973) 403-3103
Fax: (973) 618-5503
rdagli@bracheichler.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| USI INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> FESTO DIDACTIC INC., <br><br> Defendant. | Civil Action No. 3:15-CV-08451-MAS-TJB <br><br> **DECLARATION OF SERVICE** |

I, Riza I Dagli, Esq., declare under oath and penalty of perjury, as follows:

1. I am a Member of the law firm of Brach Eichler, LLC, attorneys for Plaintiff, USI International, Inc., in the above referenced matter. I have personal knowledge of the matters hereinafter set forth.

2. I make this Affidavit in support of Plaintiff's motion for leave to file an Amended Complaint.

3. I hereby certify that on today's date USI's Notice of Motion for leave to file a Second Amended Complaint, supporting Declaration of Riza I. Dagli, brief in support of the motion, and proposed form of Order were electronically filed with the Court, and served on counsel for defendant Festo Didactic Inc. by ECF:

> Gregory F. Hauser, Esq.
> Wuersch & Gering LLP
> 100 Wall Street, 10th Floor
> New York, NY 10005
> Attorneys for Defendant

BE:11295226.1/YAH002-277741

Festo Didactic Inc.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

Dated: October 9, 2020

s/ Riza I. Dagli
**BRACH EICHLER, LLC**
101 Eisenhower Parkway
Roseland, New Jersey 07068
Ph.: (973) 403-3103
rdagli@bracheichler.com

*Counsel for Plaintiff*
*USI INTERNATIONAL INC.*