David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Petitioner, Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI International Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>Festo Didactic Inc.,<br><br>        Defendant. | Civil Action No. 3:15-cv-08451 (MAS)(TJB)<br><br>**ORDER GRANTING PETITION<br>FOR AN ATTORNEYS' FEE LIEN<br>PURSUANT TO N.J.S.A. 2A:13-5** |

This matter having come before the Court on the petition of Herrick, Feinstein LLP ("Herrick" or "Petitioner"), former counsel to USI International Inc. ("USI" or "Plaintiff"), the plaintiff in the above-captioned action, for an attorneys' fee charging lien for fees incurred during its representation of USI in this litigation; and the Court having considered the submissions of the parties in relation to this petition, which reflect that Herrick satisfies the requirements set forth in N.J.S.A. 2A:13-5; and for good cause shown,

**IT IS ON THIS** __19__ **day of September 2022**

**ORDERED** that Herrick's petition for an attorneys' fee charging lien pursuant to N.J.S.A. 2A:13-5 is **GRANTED** in favor of Herrick up to the amount of $96,878.14, plus interest accrued since February 11, 2019, late fees, and attorneys' fees and costs of collection (the "Fee Lien"); and it is further

1

**ORDERED** that, in the event of a judgment, award, or settlement in this litigation pursuant to which USI receives the benefit of any proceeds, the parties and their counsel shall deposit the Fee Lien amount from such proceeds into the Court's trust account for disbursement to Herrick; and it is further

**ORDERED** that counsel to the parties shall notify Herrick, Feinstein LLP in writing within two business days of the entry of any judgment, award, or settlement in this litigation and shall confirm that the Fee Lien deposit will be made to the Court's trust account.

Dated: September 19, 2022

SO ORDERED:

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.