Jeffrey W. Lorell, Esq.
Jlorell@saiber.com
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel: (973) 622-3693
*Attorneys for Petitioner, Saiber LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| USI International Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>Festo Didactic Inc.,<br><br>                    Defendant. | Civil Action No. 3:15-cv-08451-MAS-TJB<br><br>**ORDER GRANTING PETITION<br>FOR AN ATTORNEYS' FEE LIEN<br>PURSUANT TO N.J.S.A. 2A:13-5** |

This matter having come before the Court on the petition of Saiber LLC ("Saiber" or "Petitioner"), former counsel to USI International Inc. ("USI" or "Plaintiff"), the plaintiff in the above-captioned action, for an attorneys' fee charging lien for fees incurred during its representation of USI in this litigation; and the Court having considered the submissions of the parties in relation to this petition, which reflect that Saiber satisfies the requirements set forth in N.J.S.A. 2A:13-5; and for good cause shown,

**IT IS ON THIS** ___ **day of** _____, 2022

**ORDERED** that Saiber's petition for an attorneys' fee charging lien pursuant to N.J.S.A. 2A:13-5 is **GRANTED** in favor of Saiber up to the amount of $16,211.90, plus interest accrued since December 18, 2019, late fees, and attorneys' fees and costs of collection (the "Fee Lien"); and it is further

**ORDERED** that, in the event of a judgment, award or settlement in this litigation pursuant to which USI receives the benefit of any proceeds, the parties and their counsel shall deposit the

Fee Lien amount from such proceeds in to the Court's trust account for disbursement to Saiber; and it is further

**ORDERED** that counsel to the parties shall notify Saiber LLC in writing within two business days of the entry of any judgment, award, or settlement in this litigation and shall confirm that the Fee Lien deposit will be made to the Court's trust account; and it is further

**ORDERED** that Saiber and USI shall resolve the final amount of what fees are due to Saiber from USI in arbitration as provided in the parties' engagement letter.

Dated: Nov 4 2022

**SO ORDERED:**

HON. TOMIANNE J. BONGIOVANNI, U.S.M.J.