

**Saiber**
ATTORNEYS AT LAW

**Robert B. Nussbaum**
**(973) 645-4802**
**rbn@saiber.com**

December 27, 2022

Honorable Tonianne Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

      Re:    ***USI International, Inc. v. Festo Didactic Inc.***
             Civil Action No. 3:15-cv-08451

Dear Magistrate Judge Bongiovanni:

      On November 7, 2022, Your Honor entered an Order Granting Petition for an Attorneys' Fee Lien Pursuant to N.J.S.A. 2A:13-5 in favor of Saiber LLC. We write now to advise the Court that Saiber LLC has amicably resolved its fee dispute with USI International, Inc.

      We thank the Court for all of its consideration in this matter

                                                  Respectfully submitted,

                                                  ROBERT B. NUSSBAUM

RBN:ma


cc:    All counsel (via ECF)

Saiber LLC · 18 Columbia Turnpike, Suite 200 · Florham Park, New Jersey · 07932-2266 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com
Florham Park · Newark · New York · Philadelphia
01474932.DOC